DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

19 AUGUST 2014

| 178P14 | State v. Chauncey Lajarvis Sterling | 1. Def's NOA Based Upon a Constitutional Question (COA13-1191) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 179P14 | State v. Torrey Dale Grady | 1. Def's NOA Based Upon a Constitutional Question (COA13-958) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 181A93-4 | State v. Rayford Lewis Burke | Def.-Appellant's Motion for Extension of Time to File Petition for *Writ of Certiorari* | Allowed **07/24/2014** |
| 181P14 | Cynthia S. Shackleford v. Anne Lundquist | 1. Def's NOA Based Upon a Constitutional Question (COA13-960) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Def's Motion for Leave to File Supplemental Authority in Support of NOA and PDR | 3. Denied |
| 182P14 | Carol Monsour Puryear v. Betty Carlton Puryear (Formerly Beverly Carlton Devin) | 1. Def's NOA Based Upon a Constitutional Question (COA13-1014) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Plt's Motion to Dismiss Appeal | 3. Allowed |
| | | 4. Def's Motion for Leave to File Supplemental Authority In Support of NOA and PDR | 4. Denied |
| 185P14 | State v. Crecencio Felix Rodelo | Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COA13-609) | Denied |
| 186P14 | In the Matter of: R.R.N. | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-947) | 1. Special Order |
| | | 2. Petitioner's Motion for Temporary Stay | 2. Allowed **06/11/2014** |
| | | 3. Petitioner's Petition for *Writ of Supersedeas* | 3. Special Order |
| | | 4. Petitioner's (Mother) Motion to Dismiss Petition for *Writ of Supersedeas* | 4. Special Order |
| | | 5. Petitioner's Motion for Leave to File Verification | 5. Special Order |